# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 17-141 (PJS/BRT) |
| Plaintiff, | |
| v. | **Order** |
| Devonte Lee Carter, a/k/a "Moochie Moe," a/k/a Devonta Lee Carter, | |
| Defendant. | |

Richard A. Newberry, Jr., Esq., United States Attorney's Office, counsel for Plaintiff.

Shannon R. Elkins, Esq., and Keala C. Ede, Esq., Office of the Federal Defender, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 20, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Search and Seizure Evidence (Doc. No. 20) is **DENIED**.

Date: 10/12/17                                      s/Patrick J. Schiltz
                                                    PATRICK J. SCHILTZ
                                                    United States District Court Judge